IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL A. WASHINGTON**                                **PLAINTIFF**
**ADC #104682**

**V.**                        **NO. 4:22-CV-00216-JM**

**JOHN FELTS,** *et al*.                                   **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 16th day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE